DAYLE ELIESON
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8930
    Facsimile:  (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPHINE A. FULKERSON, | Case No. 2:18-cv-00310-JAD-PAL |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Remand be extended until August 30, 2018.  This is Defendant's first request for an extension of time to respond.  Defense counsel requires additional time to fully review the administrative record and consider the government's position.  Defense counsel has three pleadings due on the current due date of

1

July 16, one in a case with previous extensions, and has scheduled leave through August 11, 2018. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,


Date: July 12, 2018                    Law Offices of Lawrence D. Rohlfing

                              By:    */s/ Cyrus Safa *
                                     CYRUS SAFA
                                     Attorney for Plaintiff
                                     (*By e-mail authorization on 07/11/18)


Date: July 12, 2018                    DAYLE ELIESON
                                     Acting United States Attorney
                                     MARK E. WOOLF
                                     Assistant United States Attorney

                              By:    */s/ Donna W. Anderson*
                                     DONNA W. ANDERSON
                                     Special Assistant U.S. Attorney
                                     Social Security Administration

                                     Attorneys for Defendant


                              ORDER


APPROVED AND SO ORDERED:


Dated: July 13, 2018         _____
                             United States Magistrate Judge


2