<pre>
                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA
</pre>

| | |
|---|---|
| Josephine A. Fulkerson, | Case No. 2:18-cv-00310-JAD-NJK |
| Plaintiff | **Order Adopting Report and Recommendation, Denying Motion for Reversal or Remand, and Affirming** |
| v. | |
| Andrew Saul, | [ECF Nos. 13, 16, 23] |
| Defendant | |

Josephine A. Fulkerson brings this action to review the Commissioner of Social Security's denial of her application for disability-insurance benefits. Having thoughtfully considered Fulkerson's motion to remand[1] and the Commissioner's cross-motion to affirm[2] in a report and recommendation, Magistrate Judge Nancy Koppe recommends that I deny the motion to remand and grant the Commissioner's cross-motion.[3] The deadline for objections to that recommendation has passed, and no party has filed an objection to it or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 23] is ADOPTED** in full;

---

[1] ECF No. 13.
[2] ECF No. 16.
[3] ECF No. 23.
[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS FURTHER ORDERED THAT plaintiff's motion for reversal or remand **[ECF No. 13] is DENIED** and the Commissioner's cross-motion to affirm **[ECF No. 16] is GRANTED**. The decision below is AFFIRMED, and with good cause appearing and no reason to delay, the Clerk of Court is directed to ENTER FINAL JUDGMENT accordingly and CLOSE THIS CASE.

Dated: December 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey